1  Christina M. Mallatt
   Nevada Bar No. 9112
2  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3  3800 Howard Hughes Parkway, Suite 1500
   Las Vegas, Nevada 89169
4  Telephone: (702) 369-6800
   Fax: (702) 369-6888
5  Christina.Mallatt@OgletreeDeakins.com

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| EUNICE HYLIN, | No. 3:11-cv-00666-RCJ-WGC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| MUTUAL OF OMAHA BANK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the above-entitled action be dismissed with prejudice in its entirety, each party to bear her or its own fees and costs.

///
///
///
///
///
///
///

IT IS SO STIPULATED:

Dated this 17th day of April 2012

Dated this 17th day of April 2012

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Brian R. Morris, Esq.
Brian R. Morris, Esq.
59 Damonte Ranch Parkway, B-221
Reno, Nevada 89511

/s/ Christina M. Mallatt, Esq.
Christina M. Mallatt, Esq.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169

*Attorney for Plaintiff*

*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated this 7th day of May, 2012.

_____
DISTRICT COURT JUDGE