Christina M. Mallatt
Nevada Bar No. 9112
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
Telephone: (702) 369-6800
Fax: (702) 369-6888
Christina.Mallatt@OgletreeDeakins.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EUNICE HYLIN,<br><br>           Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA BANK,<br><br>           Defendant. | No. 3:11-cv-00666-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that the above-entitled action be dismissed with prejudice in its entirety, each party to bear her or its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED:

Dated this 17th day of April 2012          Dated this 17th day of April 2012

                                                          OGLETREE, DEAKINS, NASH,
                                                          SMOAK & STEWART, P.C.

/s/ Brian R. Morris, Esq.                              /s/ Christina M. Mallatt, Esq.

Brian R. Morris, Esq.                                  Christina M. Mallatt, Esq.
59 Damonte Ranch Parkway, B-221         3800 Howard Hughes Parkway, Suite 1500
Reno, Nevada 89511                                   Las Vegas, Nevada 89169

*Attorney for Plaintiff*                                  *Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated this 7th day of May, 2012.

_____
DISTRICT COURT JUDGE